**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOE O. JIMENEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 25-1170-DMG (AJRx)<br><br>**ORDER OF DISMISSAL [36]** |

Having reviewed the parties' Stipulation to Dismiss [Doc. # 36], filed October 27, 2026, and good cause appearing, the Court **APPROVES** the Stipulation. The above-captioned action is hereby **DISMISSED with prejudice** in its entirety. The Court retains jurisdiction to enforce the terms of the settlement.

**IT IS SO ORDERED.**

DATED: October 29, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge